# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00765-CV

**Don Batson Jr., Appellant**

**v.**

**The Board of Regents of The University of Texas System on behalf of MD Anderson Cancer Center and Karl Johnson, Independent Administrator, Appellees**

### FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-21-001152, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on February 29, 2024. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due May 6, 2024. On May 24, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a brief or motion for extension of time by June 3, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for further extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Prosecution

Filed:   July 3, 2024